B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wireless Now, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4416858** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**11316 West Lincoln Highway**<br>**Mokena, IL**<br>ZIP Code **60448** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                 Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wireless Now, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Wireless Now, Inc.**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ William J. Factor** _____
Signature of Attorney for Debtor(s)

**William J. Factor 6205675**
Printed Name of Attorney for Debtor(s)

**The Law Office of William J. Factor, Ltd.**
Firm Name

**1363 Shermer Road**
**Suite 224**
**Northbrook, IL 60062**

Address

**Email: wfactor@wfactorlaw.com**
**847-239-7248  Fax: 847-574-8233**
Telephone Number

**May 27, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Michael Montijo** _____
Signature of Authorized Individual

**Michael Montijo**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 27, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Wireless Now, Inc.**
_____   Case No. _____
                                          Debtor(s)       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
| **2119 Roosevelt Road LLC**<br>**94 Stratford Dr.**<br>**Bloomingdale, IL 60108** | **2119 Roosevelt Road LLC**<br>**94 Stratford Dr.**<br>**Bloomingdale, IL 60108** | | | **25,654.92** |
| **American Express**<br>**PO Box 981540**<br>**El Paso, TX 79998-1540** | **American Express**<br>**PO Box 981540**<br>**El Paso, TX 79998-1540** | | | **260,876.81** |
| **Arnstein & Lehr LLP**<br>**120 South Riverside Plaza**<br>**Suite 1200**<br>**Chicago, IL 60606-3910** | **Arnstein & Lehr LLP**<br>**120 South Riverside Plaza**<br>**Suite 1200**<br>**Chicago, IL 60606-3910** | | | **134,306.18** |
| **Centro NP Brunswick**<br>**TownCenter, LLC**<br>**24045 Network Place**<br>**Chicago, IL 60673-1240** | **Centro NP Brunswick TownCenter,**<br>**LLC**<br>**24045 Network Place**<br>**Chicago, IL 60673-1240** | | | **32,331.62** |
| **David H. Moored**<br>**4438 Orchard Creek Ct SE**<br>**Grand Rapids, MI 49546** | **David H. Moored**<br>**4438 Orchard Creek Ct SE**<br>**Grand Rapids, MI 49546** | | | **705,000.00** |
| **Department of the**<br>**Treasury/IRS**<br>**Centralized Insolvency**<br>**Operations**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | **Department of the Treasury/IRS**<br>**Centralized Insolvency Operations**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | | **168,630.67** |
| **Illinois Department of**<br>**Revenue**<br>**Retailers Occupation Tax**<br>**Springfield, IL 62796-0001** | **Illinois Department of Revenue**<br>**Retailers Occupation Tax**<br>**Springfield, IL 62796-0001** | | | **25,660.85** |
| **Kore Comm, LLC**<br>**8901 N. Milwaukee Ave**<br>**Unit 115**<br>**Niles, IL 60714** | **Kore Comm, LLC**<br>**8901 N. Milwaukee Ave**<br>**Unit 115**<br>**Niles, IL 60714** | | | **51,773.57** |
| **Mercedes Benz Financial**<br>**Services**<br>**PO Box 685**<br>**Roanoke, TX 76262** | **Mercedes Benz Financial Services**<br>**PO Box 685**<br>**Roanoke, TX 76262** | | | **65,331.21** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Wireless Now, Inc.**                                      Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Moored Trust**<br>**4438 Orchard Creek CT SE**<br>**Grand Rapids, MI 49546** | **Moored Trust**<br>**4438 Orchard Creek CT SE**<br>**Grand Rapids, MI 49546** | | | 398,000.00 |
| **National City - Credit Line** | **National City - Credit Line** | | | 187,317.04 |
| **National Shopping Plazas, Inc.**<br>**200 West Madison St.**<br>**Suite 4200**<br>**Chicago, IL 60606** | **National Shopping Plazas, Inc.**<br>**200 West Madison St.**<br>**Suite 4200**<br>**Chicago, IL 60606** | | | 51,751.03 |
| **Peter S. White Trust**<br>**400 E. Sheridan Pl**<br>**Lake Bluff, IL 60044** | **Peter S. White Trust**<br>**400 E. Sheridan Pl**<br>**Lake Bluff, IL 60044** | | | 367,500.00 |
| **PNC Bank**<br>**9651 W Lincoln HWY**<br>**Frankfort, IL 60423** | **PNC Bank**<br>**9651 W Lincoln HWY**<br>**Frankfort, IL 60423** | | | 187,317.04 |
| **Qpay, Inc.**<br>**16853 NE 2nd Ave**<br>**Suite 302**<br>**Miami, FL 33162** | **Qpay, Inc.**<br>**16853 NE 2nd Ave**<br>**Suite 302**<br>**Miami, FL 33162** | | | 45,000.00 |
| **T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274** | **T-Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH 45274** | | **Disputed**<br>**Subject to Setoff** | 504,966.18 |
| **Team Financial Group, Inc.**<br>**3391 3 Mile Rd. NW**<br>**Grand Rapids, MI 49534** | **Team Financial Group, Inc.**<br>**3391 3 Mile Rd. NW**<br>**Grand Rapids, MI 49534** | | | 56,875.72 |
| **Tessco Inc.** | **Tessco Inc.** | | | 29,956.41 |
| **Thomas Plaut**<br>**23 Elden Dr.**<br>**Saddle River, NJ 07458** | **Thomas Plaut**<br>**23 Elden Dr.**<br>**Saddle River, NJ 07458** | | | 150,000.00 |
| **Timz, Inc.**<br>**2507 Schaumburg Road**<br>**Schaumburg, IL 60195** | **Timz, Inc.**<br>**2507 Schaumburg Road**<br>**Schaumburg, IL 60195** | | | 22,719.02 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Wireless Now, Inc.**                                          Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **May 27, 2011**                    Signature    **/s/ Michael Montijo**
                                                        **Michael Montijo**
                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

.

1 Wireless
12332 S. Harlem Ave.
Palos Park, IL 60464


123 Wireless
9451 S. Ashland Ave
Chicago, IL 60620


2119 Roosevelt Road LLC
94 Stratford Dr.
Bloomingdale, IL 60108


5550-56 N. Broadway
c/o Callas-Kontalonis Partnership
5542 N. Kimball Ave
Chicago, IL 60625


83 RD & Harlem, LLC
8320 S. Harlem Ave.
Bridgeview, IL 60455


A+ Cellular
c/o Adam Dagash
12124 Venetian Way
Orland Park, IL 60467


A+ Cellular
c/o Adam Dagash
805 E. 63rd St.
Chicago, IL 60637


A-1 Beepers
5619 Hohman Ave.
Hammond, IN 46320


A1 Wireless
2105 Sherdian Road
Zion, IL 60099


ADT Security
PO Box 37 1967
Pittsburgh, PA 15250-7967

Advertising Solutions
26444 S. 88th
Monee, IL 60449


Airtec / AirTechnologies Inc.
16001 S. Kedzie
Harvey, IL 60426


Airtec / SupremeWireless
11856 S. Western
Chicago, IL 60643


Airtime / Yam Inc.
2040 Sibley Blvd
Calumet City, IL 60409


Alarm Monitoring Inc.
PO Box 4321
Chicago, IL 60680-4321


Allied Waste Services
PO Box 9001154
Louisville, KY 40290-1154


Alsip Cellular / ABC
17540 Dixie Highway
Crest Hill, IL 60403


American Express
PO Box 981540
El Paso, TX 79998-1540


American Express - Credit Line
PO Box 981540
El Paso, TX 79998-1540


Anderson Agostino & Keller, P.C.
131 South Taylor Bend
South Bend, IN 46601


Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606-3910

AT&T
PO Box 8100
Aurora, IL 60507


Berwyn Paging
6806 W Cermak
Berwyn, IL 60402


Best Beepers


Blaine J. Saxton
PO Box 330
Mokena, IL 60448


Cal Park Wireless
15520 W. 127th St.
Riverdale, IL 60827


CBS Communications
3702 W. Sauk Trail
Richton Park, IL 60471


Centro NP Brunswick TownCenter, LLC
24045 Network Place
Chicago, IL 60673-1240


Chase Bank
c/o Bradley Haverkamp
6333 28th St. SE
Grand Rapids, MI 49546


City of Naperville
PO Box 4231
Carol Stream, IL 60197-4231


Comcast Cable
PO Box 3002
Southeastern, PA 19398


ComEd
PO Box 6111
Carol Stream, IL 60197

CompUSA


Cornejos Video
4609 Indianapolis Blvd
East Chicago, IN 46312


David H. Moored
4438 Orchard Creek Ct SE
Grand Rapids, MI 49546


DBA Wireless
5704 W. 5th Ave.
Gary, IN 46406


Department of the Treasury/IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114


DMC Security
4455 W. 147th St.
Midlothian, IL 60445


DSL Internet Services
PO Box 7426
Algonquin, IL 60102


El Dorado Western Wear


Exelon Talk Wireless
207 Army Trail Road
Glendale Heights, IL 60139


Frontier
PO Box 2951
Phoenix, AZ 85062-2951


Global Wireless
1004 W. 5th Ave.
Gary, IN 46402

Globalcom, Inc.
PO Box 71-5248
Columbus, OH 43271-5248


Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579


HMP Properties, Inc.
c/o Mid-America Asset Mgmt, Inc.
One Parkview Plaza, 9th Floor
Villa Park, IL 60181


IL Department of Employment Securit
33 South State Street, 9th Floor
Chicago, IL 60603-2802


Illinois Department of Empt. Sec.
Benefit Payment Control Division
P.O. Box 4385
Chicago, IL 60680


Illinois Department of Labor
160 N. LaSalle Street
Suite C-1300
Chicago, IL 60601


Illinois Department of Revenue
Retailers Occupation Tax
Springfield, IL 62796-0001


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664


Illinois Department of Revenue
Bankruptcy Division, Level 7-400
100 West Randolph Street
Chicago, IL 60601-6206


Illinois Department of Revenue
ST-1 Retailers OccupationTax
Springfield, IL 62796-0001

In Touch Mobile
1200 W. Main Street
Peoria, IL 61606

Indiana Department of Revenue
PO Box 7218
Indianapolis, IN 46207-7218

Indiana Insurance Company
PO Box 145476
Cincinnati, OH 45250-5476

Inland Commercial Property Mgmt
4575 Paysphere Circle
Chicago, IL 60674

Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

IRS
Department of the Treasury
Cincinnati, OH 45999-0039

Joliet Paging
124 N. Ottowa
Joliet, IL 60432

K.I.C. Filter Services
2206 Flicker
Rolling Meadows, IL 60008

Kappa Communications
304 S. Halsted
Chicago, IL 60661

Kore Comm, LLC
8901 N. Milwaukee Ave
Unit 115
Niles, IL 60714

Kuipers & Associates CPA
4630 Ada Drive SE
Suite A
Ada, MI 49301


MEPT Springbrook LLC
8288 Solutions Center
Chicago, IL 60677


Mercedes Benz Financial Services
PO Box 685
Roanoke, TX 76262


MetLife
PO Box 804466
Kansas City, MO 64180-4466


Michael Montijo
2252 Applebrook Dr.
Commerce Township, MI 48382


Mid-America Asset Management, Inc.
One Parkview Plaza, 9th Floor
Villa Park, IL 60181


Midwest Wireless


Mobile 1 Wireless
637 Sibley Blvd.
Unit B
Calumet City, IL 60409


Mohanad Ali
12559 Yorkshire Drive
Homer Glen, IL 60491


Monitronics Funding LP
Dept. CH 8628
Palatine, IL 60055-8628


Moored Trust
4438 Orchard Creek CT SE
Grand Rapids, MI 49546

National City - Credit Line


National Shopping Plazas, Inc.
200 West Madison St.
Suite 4200
Chicago, IL 60606


Nicor
P.O. Box 0632
Aurora, IL


NIPSCO
PO Box 13007
Merrillville, IN 46411


North Shore Gas
PO Box A3991
Chicago, IL 60690


NR Mokena Properties
19015 S. Jodi Ra
Unit F
Mokena, IL 60448


NuWay Disposal Service, Inc.
PO Box 9
Mokena, IL 60448


Peoples Gas
Chicago, IL 60687


Peter S. White Trust
400 E. Sheridan Pl
Lake Bluff, IL 60044


Phones Plus
2871 Cermak Road
Chicago, IL 60623


Pitney Bowes - Postage
PO Box 371874
Pittsburgh, PA 15250-7874

Pitney Bowes Global Finan Svcs, LLC
PO Box 856460
Louisville, KY 40285-6460


PNC Bank
9651 W Lincoln HWY
Frankfort, IL 60423


Qpay, Inc.
16853 NE 2nd Ave
Suite 302
Miami, FL 33162


Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600


R.M. Wireless, Inc.


Raneen, Inc.
456 E. Sibley Blvd
Harvey, IL 60426


Richard J. Siggins
22839 Sun River Pointe
Frankfort, IL 60423


Robby's Communication
105 N. Broadway
Melrose Park, IL 60160


Robles Beepers
321 Collins St.
Joliet, IL 60432


Samtel Cellular Paging
13258 S. Baltimore Ave.
Chicago, IL 60633


Simply Cellular
802 E. Sibley Blvd.
Dolton, IL 60419

Smith Haughey Rice & Roegge
250 Monroe Ave.
NW Suit 200
Grand Rapids, MI 49503


Staples


T-Mobile
PO Box 742596
Cincinnati, OH 45274


TCG Solutions, Inc.
2651 Indian Cliffs Lane
Montgomery, IL 60538


Team Financial Group, Inc.
3391 3 Mile Rd. NW
Grand Rapids, MI 49534


Tessco Inc.


The Hartford
P.O. Box 2907
Hartford, CT 06104


Thomas Plaut
23 Elden Dr.
Saddle River, NJ 07458


Timz, Inc.
2507 Schaumburg Road
Schaumburg, IL 60195


Town of Munster
1005 Ridge Road
Munster, IN 46321


Village of Tinley Park
16250 S. Oak Park Ave.
Tinley Park, IL 60477

Wael Musleh
2636 West Farragut Avenue
Chicago, IL 60625-3345


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


Wireless Now - Frankfort
19987 LaGrange Rd
Frankfort, IL 60423


Wireless Now Broadway
556 N. Broadway
Chicago, IL 60640


Wireless Paging
2357 W. Cermak Rd
Chicago, IL 60608


Wireless Plus, Inc.
c/o Carla Pyle, Esq.
275 Joliet Street, Suite 330
Dyer, IN 46311


Wireless Solutions - Burbank
5545 W. 79th
Burbank, IL 60459


Wireless US
2105 Sheridan Road
Zion, IL 60099


Wireless Works
8304 S. 88th Ave.
Justice, IL 60458


Wireless Works 5
2955 Jefferson
Joliet, IL 60435


Z-Tech Communications
2212 W. Jefferson St.
Joliet, IL 60435

Z-Tech Communications
5654 Roosevelt Road
Cicero, IL 60804